IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CR-00035-M-RN-2

UNITED STATES OF AMERICA  )
  )
v.  )   ORDER
  )
AMOS JAMES,  )
  )
  Defendant.  )

These matters come before the court on the United States' Motions to Seal [DE 375, 377] and Defendant's Motions to Seal [DE 380, 382, 391].[1] Pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed documents, the motions are GRANTED. The Clerk of the Court shall maintain under seal the documents filed at DE 374, 376, 379, 381, and 390 until further order of the court, and may provide copies of such documents to counsel of record at counsel's request.

SO ORDERED this __12th__ day of May, 2026.

RICHARD E. MYERS II
Chief United States District Judge

---

[1] The court reminds the parties of its practice preference that *all* movants shall confer with their opponents regarding the requested relief and advise the court of the opponents' position(s).