IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CR-00035-M-RN-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AMOS JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

These matters come before the court on the Defendant's Unopposed Motion to Continue Hearing [DE 415] and Motion to Seal [DE 417]. Defendant asserts that he has not yet received the discovery necessary for his preparation for the conference, and asks that the court direct counsel to confer and provide suggested alternative hearing dates. Based on its significant criminal calendar in July 2026, the court GRANTS IN PART AND DENIES IN PART the motion to continue.[1] The court will hear evidence and argument on the motion to dismiss on **Wednesday, July 1, 2026, at 2:00 p.m.** in Courtroom 1, Wilmington. The court has determined that any delay occasioned by granting Defendant's motion to continue and hearing his motion to dismiss shall be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(1)(D).

In addition, pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed documents, the motion to seal is GRANTED. The Clerk of Court shall maintain under seal the documents at DE 415 and 416 until further order of

---

[1] In granting the present unopposed motion, the court makes no findings on whether the requested discovery is either necessary or proper for defense counsel's preparation for the hearing.

the court.

SO ORDERED this ___1ˢᵗ___ day of June, 2026.

_____
RICHARD E. MYERS II
Chief United States District Judge

2