IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:25-CR-00035-M-RN-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AMOS JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's "Notice of Appeal of Detention Order" [DE 424], construed by the court as a "motion for revocation" of a detention order pursuant to 18 U.S.C. § 3145(b). On March 28, 2025, the Honorable Robert B. Jones, Jr. granted the United States' motion to detain Defendant, "finding a serious risk that James would both not appear and endanger the community based on the nature of the charges, the apparent strength of the Government's case, James's criminal history, and the fact that the charges arose while James was on federal supervised release." DE 411 (citing DE 25). More than a year later, on May 8, 2026, Defendant filed a motion to reconsider the detention order, citing "newly discovered information." DE 383. After full briefing, Judge Jones denied the motion on May 22, 2026. DE 411.

Defendant now seeks review of the May 22, 2026 order. As Judge Jones notes in his order, much of the information and argument presented by Defendant may be relevant to his pending motion to dismiss, which is scheduled to be heard by this court on July 1, 2026. Accordingly, the court will hear this matter as well on July 1. The United States shall file any response to the present motion on or before June 22, 2026.

SO ORDERED this __15th__ day of June, 2026.

Richard E Myers II
RICHARD E. MYERS II
Chief United States District Judge